### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | CRIMINAL NO. 15-00112-CG |
| | * |
| JARVIS MAURICE WILLIAMS, | * |
| Defendant. | * |

## JOINT MOTION FOR PROTECTIVE ORDER

COMES NOW, Jarvis Williams, by and through undersigned counsel, and files this joint motion of the parties for a protective order, and for cause would show:

The parties are in agreement that the unredacted discovery may be disclosed to the defendant, but the unredacted discovery is not to be copied and distributed to the defendant or others.

WHEREFORE, the parties move the Honorable Court to grant this joint motion for a protective order prohibiting the reproduction and distribution of the unredacted discovery made available to the defense under this order.

Respectfully submitted,

Fred W. Tiemann
FRED W. TIEMANN

1

Assistant Federal Defender
Southern District of Alabama
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, Alabama 36602
(251)433-0910

## CERTIFICATE OF SERVICE

I do hereby certify that I have electronically served a copy of the foregoing pleading upon A.U.S.A. Michele O'Brien on this 17th day of July, 2015.

Fred W. Tiemann
FRED W. TIEMANN