IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : |
| | CASE NO: 15-112-CG-N |
| JARVIS MAURICE WILLIAMS | |
| | : |

**<u>ORDER</u>**

This matter came before the undersigned for pretrial conference on July 14, 2015. Present at the conference were Assistant Federal Defender Fred Tiemann, counsel for defendant Williams and Assistant United States Attorney Michele O'Brien.

At the conference counsel for defendant and the United States jointly requested that this action be continued to the September 2015 trial term.   In support of the oral motion counsel for defendant Williams notes that there remains outstanding discovery issues including information from the agent assigned to this case.   In addition, AUSA O'Brien noted that the co-defendant has not yet been arrested.

Upon consideration of counsels' joint oral motion, the Court finds that the ends of justice served by continuing the trial of this defendant to the **September 2015** trial term "outweighs the best interest of the public and the defendants in a speedy trial." 18 U.S.C.A. ' 3161(h)(7)(A). The court further finds that pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial. Specifically, the continuance is warranted to enable the defense counsel to obtain outstanding discovery and to prepare for the trial of this matter.   Under these circumstances, the Court finds that defense counsel has proffered valid reasons for an extension of the pretrial preparation

period in order to otherwise prepare for trial. *See* 18 U.S.C. 3161(h)(7)(B)(iv). Therefore, for purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. 3161(h)(7)(A) (excluding [a]ny period of delay resulting from a continuance granted by any judge . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.).

Upon consideration, the joint oral motion to continue is GRANTED. The trial is continued to the **September 2015 term** . This continuance is <u>contingent on the defendant filing a Waiver of Speedy Trial, signed by defendant and his counsel</u> no later than **July 24, 2015.** [1]

The Clerk of the Court is directed to refer this matter to Magistrate Judge William Cassady for scheduling of a pre-trial conference in August.[2]

DONE this the 20th day of July 2015.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE**

---

1  The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (3) with this understanding and knowledge, Defendant agrees to a continuance of this action to the September 2015 trial term.

2  At the conference counsel for defendant requested an extension of the deadline for reciprocal discovery.  AUSA O'Brien advised that the United States has no objection. The deadline for reciprocal discovery is extended to **August 10, 2015.**