IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 15-00112-CG |
| | ) |
| JARVIS MAURICE WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

# ORDER

This matter is before the Court on Defendant's Motion to Dismiss Count Two (Doc. 55), and the Government's response (Doc. 75).

Having carefully considered the positions of the parties, the Court finds persuasive the Defendant's argument that 18 U.S.C. § 2119 does not qualify as a "crime of violence" under the "force" clause of 18 U.S.C. § 924(c) (§924(c)(3)(A)).  However, the Court further finds that the residual clause of that statute, § 924(c)(3)(B), is not beset with the interpretive difficulties attendant to the Armed Career Criminal Act's residual clause in light of its list of enumerated crimes, as found by the Supreme Court in <u>Johnson v. United States</u>, 135 S.Ct. 2551 (2015), and is not constitutionally infirm due to vagueness.  The Court adopts the reasoning set forth by the United States in its responsive brief.  The carjacking offense prohibited by § 2119 qualifies as a crime of violence under § 924(c)(3)(B), and the motion to dismiss Count Two is **DENIED.**

**DONE** and **ORDERED**  this 28th day of August, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE