# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JARVIS MAURICE WILLIAMS, | ) |
| | ) |
| Petitioner, | ) CIVIL ACTION NO 18-208-CG-MU |
| | ) |
| vs. | ) CRIMINAL NO. 15-00112-MU |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

After due and proper consideration of all portions of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 15, 2018, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 10th day of October, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE