## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JARVIS MAURICE WILLIAMS,** | ) | |
| | ) | |
| **Petitioner,** | ) | **CIVIL ACTION NO 18-208-CG-MU** |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 15-00112-MU** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's rights were not violated in this cause and that his motion to vacate, set aside or correct his sentence (Doc. 304) is due to be, and hereby is, **DENIED**.   Williams is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 10th day of October, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE